# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case: 1:20–mc–00109<br>Assigned To : Friedrich, Dabney L.<br>Assign. Date : 11/2/2020<br>Description: Misc. |
| *Plaintiffs*, | Case No: _____ |
| v. | Related Case No.:4:19-cv-05210 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | Judge Rosanna Malouf Peterson<br>United States District Judge<br>Eastern District of Washington |
| *Defendants*. | |

## NON-PARTIES, CENTER FOR IMMIGRATION STUDIES, MARK KRIKORIAN, STEVEN A. CAMAROTA AND JESSICA VAUGHAN'S, MOTION TO QUASH PLAINTIFFS' SUBPOENAS

The subpoenas served by the State of Washington on the Center for Immigration Studies, Mark Krikorian, Steven A. Camarota, and Jessica Vaughan (collectively the "Non-Parties") are overbroad, impose an undue burden on the Non-Parties, and implicate the Non-Parties' First Amendment privilege. Therefore, the Non-Parties respectfully submit this motion to quash the subpoenas. For these reasons, as further explained in the Non-Parties' Memorandum of Law in support of this motion, the subpoenas must be quashed.

Pursuant to D.C. District Court Rule 7(m), undersigned counsel emailed counsel for the Plaintiff on October 27, 2020, and requested that the State Plaintiffs withdraw their subpoenas. The State Plaintiffs responded on the same day declining to withdraw their subpoenas.



**RECEIVED**

NOV - 2 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

DATED: November 2, 2020

**/s/      Jason Torchinsky**
Jason Torchinsky (D.C. Bar No. 976033)
jtorchinsky@hvjt.law
Jonathan P. Lienhard (D.C. Bar No. 474253)
jlienhard@hvjt.law
Shawn Sheehy
ssheehy@hvjt.law
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
Fax: (540) 341-8809

*Counsel for Non-Parties Center for Immigration Studies, Mark Krikorian, Steven A. Camarota, and Jessica Vaughan*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was emailed to the Clerk of the Court at DCD_CMECF@dcd.uscourts.gov on November 2, 2020. State Plaintiffs' counsel and DHS Defendants' counsel were served electronically on November 2, 2020.

**/s/ ____Jason Torchinsky_____**
Jason Torchinsky (D.C. Bar No. 976033)
jtorchinsky@hvjt.law
Jonathan P. Lienhard (D.C. Bar No. 474253)
jlienhard@hvjt.law
Shawn Sheehy
ssheehy@hvjt.law
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
Fax: (540) 341-8809

*Counsel for Non-Parties Center for Immigration Studies, Mark Krikorian, Steven A. Camarota, and Jessica Vaughan*