UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | Case No: 1:20-mc-00109-DLF <br><br> Related Case: 4:19-cv-05210 <br><br> Judge Rosanna Malouf Peterson <br> United States District Judge <br> Eastern District of Washington |

## PLAINTIFF STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS

### I. INTRODUCTION

Two non-parties have sought leave to file amicus briefs.[1] Neither proposed amicus has knowledge of or insight into the central issue before the Court. Because Proposed Amici do not meet the applicable legal standard, their motions should be denied.

### II. ARGUMENT

"Whether to permit a nonparty to submit a brief, as amicus curiae, is, with immaterial exceptions, a matter of judicial grace." *Nat'l Org. for Women, Inc. v. Scheidler*, 223 F.3d 615, 616 (7th Cir. 2000). Courts permit amicus briefs in three circumstances:

> An amicus brief should normally be allowed when a party is not represented competently or is not represented at all, when the amicus has an interest in some other case that may be affected by the decision in the present case (though not enough affected to entitle the amicus to intervene and become a party in the present case), or when the amicus has unique information or perspective that

---

[1] They are United States Representatives Mo Brooks and Paul Gosar, former U.S. Representative Lamar Smith, and Peter Kirsanow (Proposed Amici Brooks *et al*.) and Tyler O'Neil (collectively, Proposed Amici).

> can help the court beyond the help that the lawyers for the parties are able to provide. Otherwise, leave to file an amicus curiae brief should be denied.

*Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir.1997)); *see also Scheidler*, 223 F.2d at 617.

Here, the standard for leave has not been met. First, the Center for Immigration Studies and its employees Mark Krikorian, Steven Camarota, and Jessica Vaughan (CIS) are already zealously represented. CIS' counsel filed over 60 pages of briefs and over 100 pages of exhibits in support of a single motion to quash. The majority of information cited by Proposed Amici Brooks *et al*. is from CIS' own website. ECF No. 10-1 at 2–5. Likewise, Proposed Amicus O'Neil cites his own writings, which are publicly available on the website on which he blogs. ECF No. 11-1 at 4–15. Thus, there is nothing in Proposed Amici's submissions that CIS itself cannot argue to the Court. *See Georgia v. Ashcroft*, 195 F. Supp. 2d 25, 33 (D.D.C. 2002), *aff'd sub nom. King v. Georgia*, 537 U.S. 1100 (2003), and *vacated on other grounds*, 539 U.S. 461 (2003) ("ACLU has presented no unique information or perspective that can assist the court in this matter, and seeks only to make additional legal arguments on behalf of the United States, a more than adequately represented party").

Nor do putative amici satisfy the second criterion for leave to file an amicus brief: an interest in another case that may be materially affected by this case. Proposed Amici's motions mention no litigation whatsoever to which they are parties.

Finally, Proposed Amici have no unique information or perspective beyond what CIS itself has to offer. The main issue raised by the instant litigants' dispute is not whether CIS is properly labeled a hate group but whether it exchanged emails with Stephen Miller or other Administration officials that could reasonably be interpreted as hostile to non-white immigrants. *See, e.g.*, Plaintiff

2

States' Memorandum of Points and Authorities in Opposition to Motion to Quash, ECF No. 4, at 6–7; *Cook Cty., Illinois v. Wolf*, 461 F. Supp. 3d 779, 784–87 (N.D. Ill. 2020). Proposed Amici conveniently ignore much of the information relevant to the latter question that is cited to in Plaintiff States' opposition to the motion to quash, including:

- The Southern Poverty Law Center reported multiple instances where CIS circulated materials from white nationalists and anti-Semites. *See* Stephen Piggott and Alex Amend, *More Than an Occasional Crank: 2,012 Times the Center for Immigration Studies Circulated White Nationalist Content*, S. Poverty L. Ctr. (May 23, 2017), https://www.splcenter.org/hatewatch/2017/05/23/more-occasional-crank-2012-times-center-immigration-studies-circulated-white-nationalist (cited at ECF No. 4 at 6–7);

- CIS circulated over 1,700 articles from VDARE.com (*id.*), "a website, founded and edited by Peter Brimelow, that promotes a white nationalist perspective on immigration." *Cook Cty.*, 461 F. Supp. 3d at 786;

- CIS published 27 articles by John Derbyshire, a white nationalist Brimelow hired after he was fired by the *National Review*, who had written "[i]f planning a trip to a beach or amusement park at some date, find out whether it is likely to be swamped with blacks on that date" (*id.*);

- CIS' weekly newsletter contained entries "by Holocaust-denier John Friend . . . [who] has described the Holocaust as a 'manufactured narrative, chock full of a wide variety of ridiculous claims and impossible events, all to advance the Jewish agenda of world domination and subjugation'" and "from Rense.com, a site full of Holocaust-denial material which published a birthday ode

to Adolf Hitler in 2015 including lines like, 'You NEVER built Jewish gas chambers . . . '" (*id.*);

- Stephen Miller sent an email sharing a CIS report describing the "Huge Surge in U.S. newborns named 'Mohammed'" (ECF No. 4 at 7 (citing Sprung Decl., Ex. E, ICIRR_0001548));

- Miller shared a CIS report on immigrant "abortion rates" (ECF No. 4 at 7 (citing Sprung Decl., Ex. A, ICIRR_0000335)).

In short, Proposed Amici have no insight into, and do not address, the central issue in the dispute before the Court. *See Iacangelo v. Georgetown Univ.*, No. CV 05-2086 (PLF), 2009 WL 10693231, at *2 (D.D.C. June 11, 2009) ("counsel for the parties had access to the same sources on which Professor O'Reilly's amicus brief would rely when this matter was briefed . . . [and] it is unlikely that Professor O'Reilly's proposed amicus brief would provide the Court with any 'unique information or perspective[s]'").

## III.   CONCLUSION

For the foregoing reasons, Proposed Amici's motions for leave to file amicus briefs should be denied.

///

///

///

DATED this 18th day of December 2020.

    Respectfully submitted,

    ROBERT W. FERGUSON
    Attorney General

    */s/ Jeffrey T. Sprung*
    JEFFREY T. SPRUNG, WSBA No. 23607
    SPENCER W. COATES, WSBA No. 49683
    PAUL M. CRISALLI, WSBA No. 40681
    NATHAN K. BAYS, WSBA No. 43025
    BRYAN M.S. OVENS, WSBA No. 32901
    *Assistant Attorneys General*
    800 Fifth Avenue, Suite 2000
    Seattle, WA  98104-3188
    (206) 464-7744
    Jeff.Sprung@atg.wa.gov
    Spencer.Coates@atg.wa.gov
    Paul.Crisalli@atg.wa.gov
    Nathan.Bays@atg.wa.gov
    Bryan.Ovens@atg.wa.gov
    *Attorneys for Plaintiff State of Washington*


    MARK R. HERRING
    Attorney General of Virginia

    */s/ Michelle S. Kallen*
    MICHELLE S. KALLEN
    Deputy Solicitor General
    JESSICA MERRY SAMUELS
    Assistant Solicitor General
    RYAN SPREAGUE HARDY
    ALICE ANNE LLOYD
    MAMOONA H. SIDDIQUI
    Assistant Attorneys General
    Office of the Attorney General
    202 North Ninth Street
    Richmond, VA  23219
    (804) 786-7240
    MKallen@oag.state.va.us
    RHardy@oag.state.va.us
    ALloyd@oag.state.va.us
    MSiddiqui@oag.state.va.us
    SolicitorGeneral@oag.state.va.us
    *Attorneys for Plaintiff Commonwealth of Virginia*

PHIL WEISER
Attorney General of Colorado

*/s/ Eric R. Olson*
ERIC R. OLSON
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508 6548
Eric.Olson@coag.gov
*Attorneys for Plaintiff State of Colorado*


KATHLEEN JENNINGS
Attorney General of Delaware
AARON R. GOLDSTEIN
State Solicitor
ILONA KIRSHON
Deputy State Solicitor

*/s/ Monica A. Horton*
MONICA A. HORTON, No. 5190
Deputy Attorney General
820 North French Street
Wilmington, DE  19801
Monica.horton@delaware.gov
*Attorneys for Plaintiff State of Delaware*


KWAME RAOUL
Attorney General of Illinois

*/s/ Liza Roberson-Young*
LIZA ROBERSON-YOUNG, No. 6293643
Public Interest Counsel
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, IL  60601
(312) 814-5028
ERobersonYoung@atg.state.il.us
*Attorney for Plaintiff State of Illinois*


CLARE E. CONNORS
Attorney General of Hawai'i

*/s/ Lili A. Young*
LILI A. YOUNG, No. 5886
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813

(808) 587-3050
Lili.A.Young@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*


BRIAN E. FROSH
Attorney General of Maryland

*/s/ Jeffrey P. Dunlap*
JEFFREY P. DUNLAP, No. 1812100004
Assistant Attorney General
200 St. Paul Place
Baltimore, MD  21202
T: (410) 576-7906
F: (410) 576-6955
JDunlap@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*


MAURA HEALEY
Attorney General of Commonwealth of Massachusetts

*/s/ Abigail B. Taylor*
ABIGAIL B. TAYLOR, No. 670648
Chief, Civil Rights Division
DAVID UREÑA, No.703076
Special Assistant Attorney General
ANGELA BROOKS, No.663255
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA  02108
(617) 963-2232
abigail.taylor@mass.gov
david.urena@mass.gov
angela.brooks@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*


DANA NESSEL
Attorney General of Michigan

*/s/ Toni L. Harris*
FADWA A. HAMMOUD, No. P74185
Solicitor General
TONI L. HARRIS, No. P63111
*First Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603 (main)
HarrisT19@michigan.gov

Hammoudf1@michigan.gov
*Attorneys for the People of Michigan*


KEITH ELLISON
Attorney General of Minnesota

*/s/ R.J. Detrick*
R.J. DETRICK, No. 0395336
*Assistant Attorney General*
Minnesota Attorney General's Office
Bremer Tower, Suite 100
445 Minnesota Street
St. Paul, MN  55101-2128
(651) 757-1489
(651) 297-7206
Rj.detrick@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*


AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN, No. 8873
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV  89101
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*


GURBIR S. GREWAL
Attorney General of New Jersey

*/s/ Glenn J. Moramarco*
GLENN J. MORAMARCO, No. 030471987
Assistant Attorney General
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 1st Floor, West Wing
Trenton, NJ  08625-0080
(609) 376-3232
Glenn.Moramarco@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*


HECTOR BALDERAS
Attorney General of New Mexico

*/s/ Tania Maestas*
TANIA MAESTAS, No.20345
Chief Deputy Attorney General

P.O. Drawer 1508
Santa Fe, NM  87504-1508
tmaestas@nmag.gov
*Attorneys for Plaintiff State of New Mexico*


PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Lauren E. Hill*
LAUREN E. HILL, No. 9830
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400 x 2038
E-mail: lhill@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2020, I caused a copy of the forgoing Plaintiff States' Memorandum of Points and Authorities in Opposition to Motions for Leave to File Amicus Briefs to be filed electronically and that these documents are available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: December 18, 2020.

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA No. 23607
Assistant Attorney General